FILED
APR 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case No. '08 MJ 8362 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1326 Deported Alien Found In the United States |
| Aurelio JIMENEZ-Laveaga, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about October 12, 2006, within the Southern District of California, defendant Aurelio JIMENEZ-Laveaga, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and (557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30th DAY OF APRIL 2008.

_____
PETER C. LEWIS
U. S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA
      v.
Aurelio JIMENEZ-Laveaga

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Immigration Enforcement Agent Martin Mendez.

On October 12, 2006, the defendant, identified as Aurelio JIMENEZ-Laveaga, was arrested in San Diego, California, by Officer M. Perez, of the San Diego Police Department, for driving under the influence in violation of Vehicle Code 23153. Immigration Enforcement Agent Mendez subsequently encountered the defendant in custody at the Calipatria, California, State Prison and placed an immigration detainer on Form I-247.

On April 29, 2008, at approximately 9:50 a.m., the defendant was referred to the custody of United States Immigration and Customs Enforcement in Imperial, California.

Record checks of JIMENEZ revealed he was previously ordered deported on January 29, 2004, by an Immigration Judge. On February 11, 2004, JIMENEZ was removed to Mexico via the Calexico Port of Entry. Further record checks revealed JIMENEZ has a criminal record.

There is no evidence JIMENEZ ever sought nor received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to re-enter the United States.

Based upon the foregoing information, there is probable cause to believe that Aurelio JIMENEZ-Laveaga has illegally re-entered the United States after Deportation, in violation of Title 8, United States Code, Section 1326, Deported Alien Found in the United States.