FILED
MAY 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1713-WQH |
|---|---|
| Plaintiff, | ) I N F O R M A T I O N |
| v. | ) Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| AURELIO JIMENEZ-LAVEAGA, | ) Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | ) |

The United States Attorney charges:

Count 1

On or about __October 1996__, within the Southern District of California, defendant AURELIO JIMENEZ-LAVEAGA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

WDK:psd:Imperial
5/27/08

<u>Count 2</u>

On or about October 12, 2006, within the Southern District of California, defendant AURELIO JIMENEZ-LAVEAGA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: <u>May 27, 2008</u>.

KAREN P. HEWITT
United States Attorney

*[signature]*

DOUGLAS KEEHN
Assistant U.S. Attorney